# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

FEDERAL HOME LOAN
MORGAGE CORPORATION,

    Plaintiff,

v

NITIN M. AMERSEY and
ALL OTHER OCCUPANTS,

    Defendants,

and

NITIN M. AMERSEY,

    Third-Party Plaintiff,

v

Ocwen Loan Servicing, LLC,

    Third-Party Defendant.

Case No. 1:13-cv-13753
Hon.

Lower Court Case No. 13-1199-LT(5)
Hon. M. Randall Jurrens

## INDEX OF EXHIBITS

---

| TROTT & TROTT, P.C. | JEROME D. GOLDBERG, P.L.L.C. |
|---|---|
| By: Jessica L. Berg (P71142) | By: Jerome D. Goldberg (P61678) |
| Attorney for Plaintiff | Attorney for Defendant/Third-Party |
| 31440 Northwestern Hwy., Ste. 200 | Plaintiff Nitin M. Amersey Only |
| Farmington Hills, MI 48334 | 2921 E. Jefferson, Ste. 205 |
| (248) 594-4380 /Fax (248) 205-4118 | Detroit, MI 48207 |
| jberg@trottlaw.com | (313) 393-6001 / Fax (313) 393-6007 |
| | apclawyer@sbcglobal.net |

TROTT & TROTT, P.C.
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-2525
PH. 248.594.4380
FAX 248.205.4118

1

| | |
|---|---|
| HERTZ SCHRAM, P.C.<br>By: Deborah S. Lapin (P59027)<br>Attorney for Third-Party Defendant<br>1760 S. Telegraph Road, Suite 300<br>Bloomfield Hills, MI 48302<br>(248) 335-5000 / Fax (248) 335-3346<br>dlapin@hertzschram.com | Kathy H. Murphy (P51422)<br>Attorney for Defendant/Third-Party<br>Plaintiff Nitin M. Amersey Only<br>P.O. Box 51164<br>Livonia, MI 48150<br>(734) 578-1887<br>kathyhmurphy@gmail.com |

## INDEX OF EXHIBITS

A.  70th Judicial District Court Pleadings

B.  Notice of Filing Notice of Removal

TROTT & TROTT, P.C.<br>31440 NORTHWESTERN<br>HIGHWAY, SUITE 200<br>FARMINGTON HILLS, MI<br>48334-2525<br>PH. 248.594.4380<br>FAX 248.205.4118