UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FEDERAL HOME LOAN
MORTGAGE CORPORATION,

    Plaintiff,                                    Case No. 13-13753
                                                  Honorable Thomas L. Ludington

FEDERAL HOUSING
FINANCE AGENCY,

    Intervenor Plaintiff,

v.

NITIN M. AMERSEY, ALL OTHER
OCCUPANTS,

    Defendants/Third-Party Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,

    Third-Party Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND REMANDING CASE TO STATE COURT**

On September 3, 2013, the Federal Home Loan Mortgage Corporation removed this case from Michigan state court. *See* Notice Removal, ECF No. 1. All pretrial matters in the case were then referred to United States Magistrate Judge Charles E. Binder pursuant to 28 U.S.C. § 636(b)(1).

On March 19, 2014, Judge Binder issued a report recommending that the case be remanded to state court. Report & Rec. 1, ECF No. 20. Although Judge Binder's report explicitly stated that the parties may object to and seek review of the recommendation within 14 days of service of the report, as of today's date, no party has filed objections. The failure to

object to Judge Binder's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Moreover, the failure to file objections to the report waives any further right to appeal. *See Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, it is **ORDERED** that Judge Binder's report and recommendation, ECF No. 20, is **ADOPTED**.

It is further **ORDERED** that this case is **REMANDED** to the 70th Judicial District for the State of Michigan.

Dated: April 9, 2014                                             s/Thomas L. Ludington
                                                                 THOMAS L. LUDINGTON
                                                                 United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 9, 2014.

                              s/Tracy A. Jacobs
                              TRACY A. JACOBS